IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

Dated: May 01, 2006

FRANK R. MONROE
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 7 |
| JOHN ASHER THOMPSON, JR., | § | |
| Debtor. | § | CASE NO. 05-17627-FM |
| | § | |
| C.R. LUIGS, | § | |
| Plaintiff, | § | |
| v. | § | Adversary No. 06-1026-FM |
| | § | |
| JOHN ASHER THOMPSON, JR., | § | |
| Defendant. | § | |

ORDER DISMISSING ADVERSARY

CAME ON to be considered the Defendant's *Motion To Dismiss Under Fed. R. Civ. P. 12 or in the Alternative for More Definite Statement and Response to Original Complaint of C.R. Luigs Against Debtor John Asher Thompson, Jr. Subject Thereto*, and the Court having considered the evidence and having determined that cause exists for dismissal of this adversary for lack of jurisdiction, and having made further findings on the record, which findings are incorporated by reference pursuant to Bankruptcy Rule 7052 and 9014, it is therefore

**ORDERED** that this adversary proceeding is dismissed for lack of jurisdiction.

### # # #